IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JO & MIKE PROPERTIES, LLC, A WYOMING LIMITED LIABILITY COMPANY,<br><br>               Appellant,<br><br>vs.<br><br>NATIONAL LOAN ACQUISITIONS, CO., A FOREIGN CORPORATION,<br>               Respondent. | No. 79899<br><br>**FILED**<br><br>JUN 2 2 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY ___S. Young___<br>     DEPUTY CLERK |

*ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Timothy C. Williams, District Judge
       Law Offices of Byron Thomas
       Kaempfer Crowell/Las Vegas
       Kaempfer Crowell/Reno
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-23089